# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ISABEL CARLITO,<br><br>    Plaintiff,<br><br>v.<br><br>WAL-MART STORES INCORPORATED, WAL-MART STORE NO. 2593, and DOES I through XXX,<br><br>    Defendants. | Case No.: 2:04-CV-841-BES-LRL<br><br>ORDER GRANTING<br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed, with prejudice, each party to bear their own costs and attorney's fees.

DATED this 23rd day of June, 2006.              DATED this 22 day of June, 2006.

PHILLIPS, SPALLAS & ANGSTADT LLC         ROBERT D. VANNAH, ESQ.

Brenda H. Entzminger, Esq.                              Robert D. Vannah, Esq.
Nevada Bar No. 9800                                         Nevada Bar No. 2503
211 N. Buffalo Drive, Suite E                            Vannah & Vannah
Las Vegas, Nevada 89145                                 400 South Fourth, Sixth Floor
Phone: (702) 938-1510                                     Las Vegas, Nevada 89101
Fax: (702) 938-1511                                          Phone (702) 369-4161
*Attorneys for Defendant*                                Fax: (702) 369-0104
                                                                        *Attorneys for Plaintiff*

1

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice each party to bear their own costs and attorney's fees.

DATED this 23rd day of June, 2006.

/s/
_____
BRIAN SANDOVAL
United States District Judge

///
///
///
///

2